IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BLANCA HOLLAND § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. B-04-101 |
| VS. § | |
| § | (JURY REQUESTED) |
| § | |
| ESIQUIO LUNA, JR., REMBERTO ARTEAGA, § | |
| AND HOUSING AUTHORITY OF THE CITY § | |
| OF BROWNSVILLE, § | |
| Defendants § | |

United States District Court
Southern District of Texas
FILED

JUN 3 0 2004

Michael N. Milby
Clerk of Court

## DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order, Defendants Esiquio Lunia, Jr., Remberto Arteaga, and Housing Authority of the City of Brownsville, certify that the only persons, associations, etc., that are known to these Defendants to be financially interested in the outcome of this litigation are:

1. Plaintiff Blanca Holland

2. Defendant Esiquio Luna, Jr.

3. Defendant Remberto Arteaga.

4. Defendant Housing Authority of the City of Brownsville

5. The Texas Municipal League Risk Pool

1

Signed on June 30, 2004.

                                            Respectfully submitted,

                                            WILLETTE & GUERRA, L.L.P.
                                            1534 E. 6th Street, Suite 200
                                            Brownsville, Texas 78520
                                            Telephone: (956) 541-1846
                                            Facsimile: (956) 541-1893

                                  By: _____
                                            Eduardo G Garza
                                            State Bar No. 00796609
                                            Fed. Id. No. 20916

                                            Analisa Figueroa
                                            State Bar No. 24040897
                                            Fed. Id. No. 38197


                                          ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this **DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES** has on June 30, 2004 been forwarded via certified mail, return receipt requested to:

**Via CMRRR 7003 1680 0006 5216 0148**
Mr. Phil A. Bellamy
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520

                                            _____
                                            Eduardo G Garza