United States District Court
Southern District of Texas
FILED

JUL 1 9 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BLANCA HOLLAND, § § | |
| vs. § § § | CIVIL ACTION NO. B-04-101 |
| ESIQUIO LUNA, JR., REMBERTO ARTEAGA, AND HOUSING AUTHORITY OF THE CITY OF BROWNSVILLE § § § § | |

### PLAINTIFF'S DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Paragraph 2 of the order of Conference received on June 23, 2004, Plaintiff BLANCA HOLLAND states that other than the named parties, she is not aware of any entities that are financially interested in this litigation.

Respectfully submitted,

LAW OFFICE OF PHIL A. BELLAMY
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: _____
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505

Noe D. Garza, Jr.
State Bar No. 07736010
Cameron County ID No. 10801
LAW OFFICE OF NOE D. GARZA, JR.
854 E. Van Buren St.
Brownsville, Texas 78520
(956) 544-2911
(956) 544-7530 (fax)

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that today, the 16th day of July, 2004, I served Counsel of Record as shown below, with a true and correct copy of the foregoing *Plaintiff's Disclosure of Financially Interested Entities* by causing deposit thereof in a post office or official depository under the care and custody of the United States Postal Service in a postpaid properly addressed wrapper to:

Eduardo G. Garza
Analisa Figueroa
Willette & Guerra, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
(CM-RRR No. 7003 1680 0006 5167 8927)

_____
Phil A. Bellamy