United States District Court
Southern District of Texas
FILED

OCT 29 2004

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BLANCA HOLLAND § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-04-101 |
| ESIQUIO LUNA, JR., REMBERTO § | |
| ARTEAGA, AND § | |
| HOUSING AUTHORITY OF § | |
| THE CITY OF BROWNSVILLE § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff hereby files this *Stipulation of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure*. Defendants, by their attorney, sign this *Stipulation* as required by Rule 41(a)(1)(ii). This *Stipulation* is effective immediately upon its filing.

Respectfully submitted,

**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: _____
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505

Noe D. Garza, Jr.
State Bar No. 07736010
Federal ID No. 8652
**LAW OFFICE OF NOE D. GARZA, JR.**
854 E. Van Buren St.
Brownsville, Texas 78520
(956) 544-2911
(956) 544-7530 (fax)

Attorneys for Plaintiff


_See attached_
Eduardo G. Garza
State Bar No. 07736010
Federal ID No. 8652
Willette & Guerra, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78521

Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that today, the 29th day of October, 2004, I served counsel of record as shown below with a true and correct copy of the foregoing *Stipulation of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure* by causing deposit thereof in a post office or official depository under the care and custody of the United States Postal Service in a postpaid properly addressed wrapper to:

Eduardo G. Garza
Analisa Figueroa
Willette & Guerra, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
(CM-RRR No. 7003 1680 0006 5168 0289)

_____
Phil A. Bellamy

Noe D. Garza, Jr.
State Bar No. 07736010
Federal ID No. 8652
LAW OFFICE OF NOE D. GARZA, JR.
854 E. Van Buren St.
Brownsville, Texas 78520
(956) 544-2911
(956) 544-7530 (fax)

Attorneys for Plaintiff

*Eduardo G. Garza*

Eduardo G. Garza
State Bar No. 07736010
Federal ID No. 8652
Willette & Guerra, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78521

Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that today, the 29th day of October, 2004, I served counsel of record as shown below with a true and correct copy of the foregoing *Stipulation of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure* by causing deposit thereof in a post office or official depository under the care and custody of the United States Postal Service in a postpaid properly addressed wrapper to:

Eduardo G. Garza
Analisa Figueroa
Willette & Guerra, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
(CM-RRR No. 7003 1680 0006 5168 0289)

Phil A. Bellamy