UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BLANCA HOLLAND | § § | |
| VS. | § § | CIVIL ACTION NO. B-04-101 |
| ESIQUIO LUNA, JR., REMBERTO ARTEAGA, AND HOUSING AUTHORITY OF THE CITY OF BROWNSVILLE | § § § § § | |

**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

On this day came on for consideration the *Stipulation of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure* filed by Plaintiff. After considering same, the Court is of the opinion that the same should be granted.

IT IS ORDERED, ADJUDGED, AND DECREED that the *Stipulation of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure* is granted.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed without prejudice to Plaintiff's right to refile the same.

SIGNED on the _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE