United States District Court
Southern District of Texas
ENTERED

NOV 0 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| BLANCA HOLLAND,<br>Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-04-101 |
| ESIQUIO LUNA, JR., REMBERTO ARTEAGA, AND HOUSING AUTHORITY OF THE CITY OF BROWNSVILLE,<br>Defendants. | §<br>§<br>§<br>§<br>§ | |

## ORDER

Pending is Plaintiff's Stipulation of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. *Docket No. 7.* The Court hereby **GRANTS** said motion. Furthermore, Defendant's 12(b)(6) Motion to Dismiss (Docket No. 2) is **DENIED** as moot. The initial pretrial conference scheduled for November 12, 2004, is cancelled.

Signed in Brownsville, Texas, this 3rd day of November, 2004.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE